# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

DARIA QUINONES                                                                          PLAINTIFF

v.                                      4:24-cv-00073-JM-JJV

MARTIN O'MALLEY,
Commissioner,
Social Security Administration,                                            DEFENDANT

## ORDER

The Court has received Proposed Findings and Recommendations ("RD") submitted by United States Magistrate Judge Joe J. Volpe. (Doc. No. 11). After careful review of the RD and the timely objections received thereto (Doc. No. 12), as well as a *de novo* review of the record, the Court approves and adopts the RD as this Court's findings in all respects. Accordingly, the Commissioner's decision is affirmed, and this case is DISMISSED with prejudice.

IT IS SO ORDERED this 10th day of June, 2024.

_____
JAMES M. MOODY JR.
UNITED STATES DISTRICT JUDGE