# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

DARIA QUINONES                                                            PLAINTIFF

v.                                        4:24-cv-00073-JM-JJV

MARTIN O'MALLEY,
Commissioner,
Social Security Administration,                                  DEFENDANT

## **JUDGMENT**

Pursuant to the Order filed in this matter on this date, it is Considered, Ordered and Adjudged that the decision of the Commissioner is affirmed and Plaintiff's Complaint is dismissed with prejudice.

IT IS SO ORDERED this 10th day of June, 2024.

                                                        _____
                                                        JAMES M. MOODY JR.
                                                        UNITED STATES DISTRICT JUDGE